IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No.  10-cr-00403-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ELEAZAR HUERTA,

      Defendant.

_____

**MINUTE ORDER**
_____

**Entered by Judge Philip A. Brimmer**

      At the request of counsel, the sentencing hearing scheduled for January 14, 2011 at 9:30 a.m. is VACATED and rescheduled to **February 11, 2011 at 1:30 p.m.** before Judge Philip A. Brimmer in courtroom A-701.

      DATED December 14, 2010